UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRANDON BARNETT, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-CV-102 PLC |
| SHONNA YOUNG, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for collection of the appellate filing fees pursuant to 28 U.S.C. § 1915(b). The Court will direct the Clerk of Court to request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Dated this 21st day of November, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE